No. 214. J. W. TONEY ET AL., PLAINTIFFS IN ERROR, *v.* THE

MAYOR AND CITY COUNCIL OF THE CITY OF MACON. In error to the Supreme Court of the State of Georgia. Motions to dismiss or affirm submitted November 28, 1904. Decided December 5, 1904. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Meagher* v. *Minnesota Thresher Manufacturing Company,* 145 U. S. 608, 611; *Haseltine* v. *Central Bank,* 183 U. S. 130, and cases cited. See *Charleston, etc., Railway Co.* v. *Miller,* 115 Georgia, 92; *Augusta Railway Company* v. *Andrews,* 92 Georgia, 706. *Mr. John Randolph Cooper* for plaintiffs in error. *Mr. Minter Wimberly* for defendants in error.